| Form B-1036 - (Rev. 02/10) | 1998 USBC, Central District of California |
|---|---|
| **Attorney or Party Name, Address, Telephone & FAX Numbers, California Bar Number**<br>Michael Worthington, APC    SBN075234<br>15760 Ventrua Blvd Ste 700<br>Encino, CA 91436<br><br>Attorney for <u>Michael Worthington, Creditor</u> | **For Court Use Only** |
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA** ||
| In re:<br>    JOHN GORDON JONES<br>                                    Debtor. | CASE NO.:  18-bk-10724 MT |
|  | **WRIT OF EXECUTION** |

## TO THE UNITED STATES MARSHAL FOR THE CENTRAL DISTRICT OF CALIFORNIA:

YOU ARE DIRECTED to enforce the Judgment described below with interest and costs as provided by law.

On <u>April 07, 2021</u>, a judgment was entered in the above-entitled action in favor of

<u>Michael Worthington</u>

as **Judgment Creditor**, and against

    Dr. John Levin

as **Judgment Debtor, for:**

| | |
|---|---|
| $ 6,120.00 | PRINCIPAL |
| $ 0 | ATTORNEYS FEES |
| $ 0 | INTEREST |
| $ 686.32 | COSTS |
| $ 6,806.32 | **TOTAL JUDGMENT AS ENTERED** |

Form B-1036 - (Rev. 02/10)                        1998 USBC, Central District of California

Page 2 of 3

| In re<br><br>JOHN GORDON JONES<br><br><br>Debtor(s). | CASE NO.:18-bk-10724MT |
|---|---|

The following are name(s) and address(es) of the judgment debtor(s) to whom a copy of this writ of execution must be mailed unless it was served at the time of the levy. This information must be filled in by counsel requesting this writ.

Dr. John Levin
9779 Oak Pass Rd
Beverly Hills, CA 90210

Michael J. Berger, Esq
Law Office of Michael J. Berger
9454 Wilshire Blvd. 6th FL
Beverly Hills, CA 90212

Form B-1036 - (Rev. 02/10)                                                        1998 USBC, Central District of California

Page 3 of 3

| In re<br><br>JOHN GORDON JONES<br><br>Debtor(s). | CASE NO.: 18-bk-10724 MT |
|---|---|

## NOTICE TO THE JUDGMENT DEBTOR:

You may be entitled to file a claim exempting your property from execution. You may seek the advice of an attorney or may within ten (10) days after the date the notice of levy was served deliver a claim of exemption to the levying officer as provided in Sections 703.510-703.610 of the California Code of Civil Procedure.

According to an affidavit and/or memorandum of costs after judgment, it appears that further sums have accrued since the entry of judgment, to wit:

$ __37.64__    ACCRUED INTEREST

$ __0__    ACCRUED COSTS

$ __37.64__    **TOTAL**

Credit must be given for payments and partial satisfaction in the amount of $ __0__ which is to be credited against the total accrued costs and accrued interest, with any excess credited against the judgment as entered, leaving a net balance of:

$ __6,806.32__    ACTUALLY DUE on the date of the issuance of this writ, of which

$ __6,806.32__    is due on the judgement as entered, and bears interest at __.16__ %

per annum in the amount of $ __0.34__ per day, from the date of issuance of this writ, to

which must be added the commissions and costs of the officer executing this writ.

DATED: SEAL JAN 24 2022

**KATHLEEN J. CAMPBELL**

KATHLEEN J. CAMPBELL
Clerk, United States Bankruptcy Court

By: _____
                Deputy Clerk

MICHAEL WORTHINGTON, APC
15760 Ventura Bl. Ste 700
Encino, CA 91436
SBN 075234
Tel. (818) 907 1696
Fax. (818) 789 5178
E-Mail: mworthington@intlawctr.com

Attorneys for Party in Interest
Michael Worthington

FILED & ENTERED

APR 07 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY egonzale DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA/SAN FERNANDO VALLEY DIVISION

In Re: JOHN GORDON JONES,

    Debtor,

CASE NO: 1:18-bk-10724 MT

Chapter 7

JUDGMENT SEPARATE FROM ORDER RE AWARD OF ATTORNEY'S FEES UNDER 11 USC 362(k)

Date: March 31, 2021
Time: 10:30am
Place: *ZOOMGOV*

Based on the Movant Michael's Motion for Separate Judgment on Order re Attorney's Fee Award Under 11 USC 362(k) the court renders its judgement as follows:

    Attorney Michael Worthington is awarded attorney's fees in the amount of $6,120.00 (13.6 hours at $450 per hour) as actual damages under §362(k), as those fees are properly allocable to the work done on behalf of Debtor to enforce the automatic stay; and

    Attorney Michael Worthington is awarded costs as actual damages under §362(k) in the amount of $686.32; and

JUDGMENT SEPARATE FROM ORDER - 1

The above referenced damage award of attorney's fees and costs under §362(k) is imposed as against creditor Dr. John Levin.

###

Date: April 7, 2021

Maureen A. Tighe
United States Bankruptcy Judge

JUDGMENT SEPARATE FROM ORDER - 2