| ☒ Recording requested by a return to:<br>Michael Worthington<br>15760 Ventura Blvd, Ste 700<br>Encino CA 91436 | FOR COURT USE ONLY |
|---|---|
| **UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:  John Gordon Jones<br><br>Debtor | CASE NUMBER  18-bk-10724 MT<br>ADVERSARY NUMBER |
| Plaintiff<br>vs.<br>Defendant | **ABSTRACT OF<br>JUDGMENT** |

The Judgment Creditor applies for an abstract of judgment and represents:

1. The Judgment Debtor's:

   a. Name and address    John Levin
   
   9779 Oak Pass Rd
   
   Beverly Hills CA 90210
   
   ☐ Address Unknown

   b. Driver's License No.    _____    ☒ Unknown

   c. Social Security No.    _____    ☒ Unknown

2. The Summons was personally served at, or mail to (address):
   
   Motion for Judgment Separate From Order (ECF 168) mailed to Judgment Debtor at
   
   9779 Oak Pass Rd, Beverly Hills CA 90210

3. ☐ Information regarding additional judgment debtors is shown on reverse side.

Dated: 05/25/2022    _____

*(Signature of Judgment Creditor or Attorney)*

(Continued on Reverse Side)

*Revised February 2010*

Abstract of Judgment - Page Two

| In re John Gordon Jones (SHORT TITLE) Debtor(s). | CHAPTER 7 CASE NO.: 18bk10724MT |
|---|---|

4. I certify that in the above-entitled action and Court, Judgment was entered on 04/07/2021 (ECF 177),

in favor of Michael Worthington and against Dr. John Levin

for  $ 0         Principal,
    $ 0         Interest,
    $ 6,120.00  Attorney's Fees, and
    $ 686.32    Costs.

A lien in favor of a judgment creditor is:

☒ not endorsed on the judgment.

☐ endorsed on the judgment as follows:

1. Amount $ _____

2. In favor of (name) _____

A stay of execution has:

☒ not been ordered by the Court.

☐ been ordered by the Court effective until (date): _____

Attested this 27th day of May, 2022

SEAL

KATHLEEN J. CAMPBELL
Clerk of the Bankruptcy Court

By: TDYK
Deputy Clerk

Information regarding additional judgment debtors:

Alias names are John Bruce Levin and John M. Levin

Revised February 2010

MICHAEL WORTHINGTON, APC
15760 Ventura Bl. Ste 700
Encino, CA 91436
SBN 075234
Tel. (818) 907 1696
Fax. (818) 789 5178
E-Mail: mworthington@intlawctr.com

Attorneys for Party in Interest
Michael Worthington

**FILED & ENTERED**

APR 07 2021

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY egonzale DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA/SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In Re: JOHN GORDON JONES, ) <br> ) <br> Debtor, ) <br> ) <br> ) <br> ) <br> ) <br> _____ ) | CASE NO: 1:18-bk-10724 MT <br><br> Chapter 7 <br><br> JUDGMENT SEPARATE FROM ORDER RE AWARD OF ATTORNEY'S FEES UNDER 11 USC 362(k) <br><br> Date: March 31, 2021 <br> Time: 10:30am <br> Place: *ZOOMGOV* |

Based on the Movant Michael's Motion for Separate Judgment on Order re Attorney's Fee Award Under 11 USC 362(k) the court renders its judgement as follows:

Attorney Michael Worthington is awarded attorney's fees in the amount of $6,120.00 (13.6 hours at $450 per hour) as actual damages under §362(k), as those fees are properly allocable to the work done on behalf of Debtor to enforce the automatic stay; and

Attorney Michael Worthington is awarded costs as actual damages under §362(k) in the amount of $686.32; and

JUDGMENT SEPARATE FROM ORDER - 1

The above referenced damage award of attorney's fees and costs under §362(k) is imposed as against creditor Dr. John Levin.

###

Date: April 7, 2021

Maureen A. Tighe
United States Bankruptcy Judge

JUDGMENT SEPARATE FROM ORDER - 2